Cornelius O. GRANAI v. Calvin S. BOGIE and Audrey L. Bogie, No. 342-79

November 15, 1979. Motion of Pierson, Affolter & Wadhams, at-

torneys for plaintiff, to withdraw as counsel is granted.